```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 90-328 |
| v. | |
| COREY GRANT, | ORDER APPOINTING COUNSEL |
| Defendant. | |

This matter was opened to the Court upon letter application of David B. Glazer, Esq., acting on behalf of his former client, Defendant Corey Grant, seeking appointment of counsel under the Criminal Justice Act for purposes of pursuing a petition for post-conviction relief pursuant to 28 U.S.C. § 2255 in light of the recent Supreme Court decision in <u>Evan Miller v. Alabama</u>, 567 U.S. ___ (2012); and

This Court takes no position upon the merits of any such petition, but finds good cause to appoint counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B);

IT IS, this __**8th**__ day of **August, 2012**, hereby

ORDERED that David B. Glazer, Esq., a member of this Court's Criminal Justice Act panel, shall be, and hereby is, APPOINTED and compensated as CJA counsel for Corey Grant, Petitioner, for purposes of seeking post-conviction relief; and

IT IS FURTHER ORDERED that any such Petition shall be filed in the Newark vicinage (the place of original conviction) and

assigned by the Clerk to a District Judge, and that when such Petition is filed, the Clerk shall cause a copy of this Order to be entered upon the new docket.

        **s/ Jerome B. Simandle**
        JEROME B. SIMANDLE
        Chief U.S. District Judge